MOSES & SINGER LLP
1301 Avenue of the Americas
New York, New York 10019
Alan Kolod (AK-3108)
Alan E. Gamza (AG-2014)
Philippe Zimmerman (PZ-7744)

LAW OFFICES OF MICHAEL A. GOLDFARB
1150 Market Place Tower
2025 First Avenue
Seattle, Washington 98121
Michael A. Goldfarb, Esq.

Counsel to Public Utility District No. 1 of Snohomish County

and

Snohomish County PUD
2320 California Street
P.O. Box 1107
Everett, WA 98206
Michael Gianunzio, Esq.
Eric Christensen, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ENRON CORPORATION | Case No. 01-16034 (AJG) |
| Debtors. | Jointly Administered |
| ENRON POWER MARKETING, INC., | |
| Plaintiff, | |
| – against – | Adv. Pro. No. 03-02064 |
| PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY, | |
| Defendant. | |

**NOTICE OF APPEAL**

444065v2  008922.0101

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 158(a) and in accordance with Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, Defendant Public Utility District No. 1 of Snohomish County ("Snohomish") hereby appeals from the following Order entered in this adversary proceeding:

The Order entered by the United States Bankruptcy Court for the Southern District of New York on January 14, 2004 (Docket No. 30), *inter alia* (1) denying the motion of Enron Power Marketing, Inc. ("EPMI") for an order (a) Enforcing the Automatic Stay and the Court's Mediation Order and (b) Enjoining Snohomish from Seeking Clarification from the Federal Energy Regulatory Commission ("FERC") (Docket No. 19) as premature, but stating that if FERC were to interpret the terms of the Agreement or to determine the rights of the parties under the Agreement, any such action would be void *ab initio* and (2) denying Snohomish's alternative request to annul the automatic stay.

The parties to the Order appealed from and the name, addresses and telephone numbers of their attorneys are set forth below:

Attorneys for Plaintiff
Enron Power Marketing, Inc.:

Jonathan D. Polkes, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Mark C. Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street NW
Washington, D.C. 20004
Tel: (202) 862-2200
Fax: (202) 862-2400


Attorneys for Defendant
Public Utility District No. 1 of Snohomish County

Alan Kolod, Esq.
Alan E. Gamza, Esq.
Philippe Zimmerman, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 554-7800
Fax: (212) 554-7700

Michael A. Goldfarb, Esq.
LAW OFFICES OF MICHAEL A. GOLDFARB
1150 Market Place Tower
2025 First Avenue
Seattle, Washington 98121

Michael Gianunzio, Esq.
Eric Christensen, Esq.
Snohomish County PUD
2320 California Street
P.O. Box 1107
Everett, WA 98206

Dated: New York, New York
       January 24, 2005

          MOSES & SINGER LLP

          By: /s/ Alan E. Gamza
              Alan E. Gamza (AG 2014)
              Alan Kolod (AK 3108)
              Philippe Zimmerman (PZ 7744)
          1301 Avenue of the Americas
          New York, New York 10019
          (212) 554-7800

          Michael A. Goldfarb, Esq.
          LAW OFFICES OF MICHAEL A. GOLDFARB
          1150 Market Place Tower
          2025 First Avenue
          Seattle, Washington 98121

          Attorneys for Public Utility District No. 1 of Snohomish County

          and

          Michael Gianunzio, Esq.
          Eric Christensen, Esq.
          Snohomish County PUD
          2320 California Street
          P.O. Box 1107
          Everett, WA 98206