UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-21-05
```

In re:

ENRON CORP., et al.,

                   Debtors.

ENRON POWER MARKETING, INC.,

                    Appellee-Plaintiff,

-against-

PUBLIC UTILITY DISTRICT NO. 1 OF
SNOHOMISH COUNTY,

                    Appellant-Defendant.

District Court
Case No. 05-CV-2710 (RCC)

Bankruptcy Court
Case No. 01-16034 (AJG)

Adv. Pro. No. 03-2064 (AJG)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by the undersigned, that the parties hereto shall submit memoranda in connection with Public Utility District No. 1 of Snohomish County's appeal of the order entered by the United States Bankruptcy Court for the Southern District of New York on January 14, 2004, as follows:

    Appellant's Opening Brief shall be filed on or before April 7, 2005;

    Appellee's Brief shall be filed on or before May 6, 2005; and

    Appellant's Reply Brief shall be filed on or before May 27, 2005.

452669v3  008922.0101

Dated: New York, New York
March 17, 2005

MOSES & SINGER LLP

*[signature]*

Alan Kolod (AK 3108)
Alan E. Gamza (AEG 2014)
Philippe Zimmerman (PZ 7744)
1301 Avenue of the Americas
New York, NY 10019
(212) 554-7800
Attorneys for Public Utility District No. 1
of Snohomish County

CADWALADER, WICKERSHAM &
TAFT LLP

/s/ Edward A. Smith

Edward A. Smith (EAS 2461)
One World Financial Center
New York, NY 10281
(212) 504-6000
Attorneys for Enron Power Marketing, Inc.

SO ORDERED this 21st day of March, 2005

*[signature]*

UNITED STATES DISTRICT JUDGE

452669v3 008922.0101