UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENRON CORP., et al.,<br><br>                              Debtors.<br>ENRON POWER MARKETING, INC.,<br><br>                              Appellee-Plaintiff,<br><br>     -against-<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY,<br><br>                              Appellant-Defendant. | District Court<br>Case No. 05-CV-2710 (RCC)<br><br><br><br>Bankruptcy Court<br>Case No. 01-16034 (AJG)<br><br>Adv. Pro. No. 03-2064 (AJG) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Appellant-Defendant Public Utility District No. 1 of Snohomish County.

        Philippe Zimmerman, Esq.
        Moses & Singer LLP
        1301 Avenue of the Americas
        New York, New York 10019
        Telephone: (212) 554-7895
        Facsimile: (212) 554-7700

    I certify that I am admitted to practice in this Court.

453229v1  008922.0101

Dated: March 23, 2005

                                                 MOSES & SINGER LLP

                                                 By: _____
                                                      Philippe Zimmerman (PZ 7744)

                                               1301 Avenue of the Americas
                                             New York, New York 10019
                                             Telephone: (212) 554-7895
                                             Facsimile: (212) 554-7700

                                             Attorneys for Appellant-Defendant Public
                                             Utility District No. 1 of Snohomish County