UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENRON CORP., et al.<br><br>                   Debtors. | District Court<br>Case No. 05-CV-2710 (RCC) |
| ENRON POWER MARKETING, INC.,<br><br>                   Appellee-Plaintiff,<br><br>- against –<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY,<br><br>                   Appellant-Defendant. | Bankruptcy Court<br>Case No. 01-16034 (AJG)<br><br>Adv. Pro. No. 03-02064 (AJG) |

## AFFIDAVIT OF SERVICE

**TO THE CLERK, THE UNITED STATES DISTRICT COURT:**

    I, Don Kick, being duly sworn, deposes and says: affiant is not party to the action, is over 21 years of age and resides in Farmingdale, New York.

    On April 7, 2005, affiant caused an exact copy of:

    **(a) Brief of Appellant Public Utility District No. 1 of Snohomish County Washington; and**

    **(b) Appellant's Appendix**

to be served Via e-mail on the following parties at their designated e-mail addresses on the attached Service List.

    On April 8, 2005, affiant caused an exact copy of:

    **a) Brief of Appellant Public Utility District No. 1 of Snohomish County Washington; and**

      **(b) Appellant's Appendix**

to be served By Hand on the following parties at their designated address on the attached Service List.

    Also, on April 8, 2005, affiant caused an exact copy of:

      **a) Brief of Appellant Public Utility District No. 1 of Snohomish County Washington**

to be served By Hand on the following parties at their designated address on the attached Service List.

                                                               /s/ Don Kick  
                                                               **Don Kick**

Sworn to before me this  
11th day of April, 2005  
  /s/ Nanci A. Eisner  
Nanci A. Eisner  
Notary Public, State of New York  
No. 01E15076999  
Qualified in New York County  
Commission Expires April 28, 2007

<u>Service List</u>

**Via E-mail**
Edward A. Smith, Esq.
Mark C. Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Edward.Smith@cwt.com
Mark.Ellenberg@cwt.com

Jonathan D. Polkes, Esq.
Matthew A. Mustokoff, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jonathan.polkes@weil.com
matthew.mustokoff@weil.com

**By Hand (Appellant's Brief and Appendix)**
Edward A. Smith, Esq.
Mark C. Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**By Hand (Appellant's Brief)**
Jonathan D. Polkes, Esq.
Matthew A. Mustokoff, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

455765v2  008922.0101