```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    ENRON CORP., et. al.,

                    Debtors.

ENRON POWER MARKETING, INC.

             Appellee-Plaintiff,

    - against --

PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH
COUNTY,

           Appellant-Defendant.

District Court

Case No. 05-CV-2710 (RCC)

Bankruptcy Court
Case No. 01-16034 (AJG)
Chapter 11
Jointly Administered

Adv. Proc. No. 03-2064 (AJG)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by the undersigned, that the following Documents will be added to the Record on Appeal in a Supplemental Appendix submitted by Appellee Enron Power Marketing, Inc. ("EPMI"):

    1.    EPMI's Memorandum of Law in Support of its Motion against Snohomish for Violation of the Automatic Stay filed with the Bankruptcy Court on October 25, 2004. EPMI's Memorandum of Law is included in the Bankruptcy Court Docket for the Adversary Proceeding (Docket No. 17).

    2.    Public Utility District No. 1 of Snohomish County's ("Snohomish") Memorandum of Law in Opposition to EPMI's Motion for Violation of the Automatic Stay filed with the Bankruptcy Court on November 17, 2004.

452669v3 008922.0101
NYLIB2 256753 1

Snohomish's Memorandum of Law is included in the Bankruptcy Court Docket for the Adversary Proceeding (Docket No. 23).

3.    EPMI's Reply Memorandum of Law in Support of its Motion against Snohomish for Violation of the Automatic Stay filed with the Bankruptcy Court on November 24, 2004. EPMI's Memorandum of Law is included in the Bankruptcy Court Docket for the Adversary Proceeding (Docket No. 28).

4.    Transcript of December 1, 2004 Oral Argument before the Bankruptcy Court concerning the Motion for Violation of the Automatic Stay, as modified and corrected by the parties up to and including December 15, 2004. The Transcript is included in the Bankruptcy Court Docket for the Adversary Proceeding (Docket No. 40).

Dated: New York, New York
      May 2, 2005

MOSES & SINGER LLP

_____

Alan Kolod (AK 3108)
Alan E. Gamza (AEG 2014)
Philippe Zimmerman (PZ 7744)
1301 Avenue of the Americas
New York, NY 10019
(212) 554-7800
Attorneys for Public Utility District No. 1
of Snohomish County

CADWALADER, WICKERSHAM &
TAFT LLP

_____

Israel Dahan (ID 6148)
One World Financial Center
New York, NY 10281
(212) 504-6000
Attorneys for Enron Power Marketing, Inc.

SO ORDERED this 3<sup></sup> day of May, 2005

_____

UNITED STATES DISTRICT JUDGE