UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ENRON CORP., et al.,

ENRON POWER MARKETING, INC.,

               Appellee-Plaintiff,

-against-

PUBLIC UTILITY DISTRICT NO. 1 OF
SNOHOMISH COUNTY

               Appellant-Defendant.

District Court
Case No. 05-CV-2710 (RCC)

Bankruptcy Court
Case No. 01-16034 (AJG)

Adv. Pro. No. 03-2064 (AJG)

DOC # 10

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE OF MARK C. ELLENBERG

The motion of the plaintiff for admission *pro hac vice* in the above matter is hereby granted. Pending approval by attorney admissions.

Dated: 5/5/05

_____
UNITED STATES DISTRICT JUDGE

NYLIB5 799080.1