**ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>    ENRON CORP., et. al.,<br><br><br>                                 Debtors. | District Court<br>Case No. 05-CV-2710 (RCC) |
| ENRON POWER MARKETING, INC.<br><br>                       Plaintiff- Appellee,<br>      - against –<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY,<br><br>                       Defendant-Appellant. | Bankruptcy Court<br>Case No. 01-16034 (AJG)<br>Chapter 11<br>Jointly Administered<br><br>Adv. Proc. No. 03-2064 (AJG) |

**CORPORATE DISCLOSURE STATEMENT FOR
ENRON POWER MARKETING, INC.**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Enron Power Marketing, Inc. ("EPMI") hereby submits that EPMI is a wholly-owned subsidiary of Enron North America. Enron North America's parent company is Enron Corp., which is a publicly-held company.

Dated:    New York, New York
            May 6, 2005

                                         WEIL GOTSHAL & MANGES LLP

                                         By: /s/ Jonathan D. Polkes
                                                Jonathan D. Polkes (JDP 4265)

                                         767 Fifth Avenue
                                         New York, NY 10153
                                         (212) 310-8000

CADWALADER, WICKERSHAM & TAFT LLP

By: /s/ Israel Dahan
     Israel Dahan (ID 6148)

One World Financial Center
New York, NY 10281
(212) 504-6000

Mark C. Ellenberg (ME 6927)

1201 F Street, N.W. Suite 1100
Washington, DC  20004
(202) 862-2200

*Attorneys for Plaintiff-Appellee*

-2-