UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY,<br><br>                                        Appellant,<br><br>              -against-<br><br>ENRON POWER MARKETING, INC.,<br><br>                                        Appellee. | 05-CV-2710 (RCC)<br><br>ELECTRONICALLY FILED |

AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                      : SS
COUNTY OF NEW YORK:

      Allison A. DiPasqua being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, 1 World Financial Center, New York, New York 10281.

      2. On the 6th day of May 2005, I caused to be served true and correct copies of 7.1 CORPORATE DISCLOSURE STATEMENT, BRIEF OF APPELLEE, APPELLEE'S SUPPLEMENTAL APPENDIX, AND APPELLEE'S COMPENDIUM OF AUTHORITIES by delivering a true copy thereof personally to firm named below at address indicated:

Moses & Singer LLP
1301 Avenue of the Americas
New York, New York 10019

_____
ALLISON A. DIPASQUA

SWORN TO BEFORE ME THIS
9th DAY OF MAY 2005
_____
NOTARY PUBLIC

RODDIE DON DANIELS
Notary Public, State of New York
No. 31-4951103
Qualified in New York County
Commission Expires May 15, 2007