UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENRON CORP., et al.<br><br>Debtors. | District Court<br>Case No. 05-CV-2710 (RCC) |
| ENRON POWER MARKETING, INC.,<br><br>Appellee-Plaintiff,<br><br>- against –<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY,<br><br>Appellant-Defendant. | Bankruptcy Court<br>Case No. 01-16034 (AJG)<br><br>Adv. Pro. No. 03-02064 (AJG) |

## AFFIDAVIT OF SERVICE

**TO THE CLERK, THE UNITED STATES DISTRICT COURT:**

I, Cynthia Danielson, being duly sworn, deposes and says: affiant is not party to the action, is over 21 years of age and resides in Brooklyn, New York.

On May 27, 2005, affiant caused an exact copy of:

**(i)     Reply Brief of Appellant Public Utility District No. 1 Of Snohomish County, Washington**

to be served via electronic mail on the following parties at their designated e-mail addresses on the attached Service List.

On May 27, 2005, affiant also caused an exact copy of:

**(i)     Reply Brief of Appellant Public Utility District No. 1 Of Snohomish County, Washington;**

to be served via Federal Express on the following parties at their designated address on the attached Service List.

463978v1  008922.0101

/s/ Cynthia Danielson
**Cynthia Danielson**

Sworn to before me this
31st day of May, 2005

  /s/ Don Kick_____
Don Kick
Notary Public, State of New York
No. 01K16098644
Qualified in Nassau County
Commission Expires Sept. 15, 2007

463978v1  008922.0101

<u>Service List</u>

**Via E-mail**
Mark C. Ellenberg, Esq.
Israel Dahan, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Mark.Ellenberg@cwt.com
Israel.Dahan@cwt.com

Jonathan D. Polkes, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jonathan.polkes@weil.com

**Via Federal Express**
Mark C. Ellenberg, Esq.
Israel Dahan, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Jonathan D. Polkes, Esq.
Matthew A. Mustokoff, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

463978v1  008922.0101