UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENRON CORP., et al.<br><br>                    Debtors.<br><br>ENRON POWER MARKETING, INC.,<br><br>                    Appellee-Plaintiff,<br><br>        - against –<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY,<br><br>                    Appellant-Defendant. | District Court<br>Case No. 05-CV-2710 (RCC)<br><br><br><br><br>Bankruptcy Court<br>Case No. 01-16034 (AJG)<br><br>Adv. Pro. No. 03-02064 (AJG) |

## NOTICE OF CHANGE OF FIRM ADDRESS

Please take notice that effective August 15, 2005, Moses & Singer LLP ("M&S"), co-counsel for Public Utility District No. 1 of Snohomish County, in the above-captioned case, has changed its address to:

> Moses & Singer LLP
> The Chrysler Building
> 405 Lexington Avenue, 12th Floor
> New York, New York 10174-1299

M&S' main telephone number (212-554-7800), facsimile number (212-554-7700) and website

475202v1   008922.0101

(www.mosessinger.com) will remain the same.

Dated: New York, New York
August 16, 2005

                                Moses & Singer LLP

                           By    /s/  Alan Gamza_____
                                Alan E. Gamza (AEG 2014)
                                Alan Kolod (AK-3108)
                                Philippe Zimmerman (PZ-7744)
                                MOSES & SINGER LLP
                                The Chrysler Building
                                405 Lexington Avenue, 12th Floor
                                New York, NY 10174-1299
                                (212) 554-7800

                                Co-Counsel for Public Utility District No. 1
                                of Snohomish County