UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENRON CORP., et al.<br><br>                    Debtors. | District Court<br>Case No. 05-CV-2710 (RCC) |
| ENRON POWER MARKETING, INC.,<br><br>                    Appellee-Plaintiff,<br><br>     - against –<br><br>PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY,<br><br>                    Appellant-Defendant. | Bankruptcy Court<br>Case No. 01-16034 (AJG)<br><br>Adv. Pro. No. 03-02064 (AJG) |

<u>AFFIDAVIT OF SERVICE</u>

**TO THE CLERK, THE UNITED STATES DISTRICT COURT:**

    I, Don Kick, being duly sworn, depose and say: affiant is not party to the action, is over 21 years of age and resides in Farmingdale, New York.

    On August 17, 2005, affiant caused an exact copy of the

>  Notice of Change of Firm Address for Moses & Singer LLP as Co-Counsel to the Appellant, Public Utility District No. 1 of Snohomish County

to be served by first class mail on the following parties at their designated addresses:

476836v1  008922.0101

Cadwalader, Wickersham & Taft LLP
1201 F. Street NW
Washington, DC 20004
Attn: Mark C. Ellenberg, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: Edward A. Smith, Esq.
  Israel Dahan, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jonathan D. Polkes, Esq.
  Matthew Mustokoff, Esq.

　　　　　　　　　　　　　　　　　　　　　　__/s/ Don Kick_____
　　　　　　　　　　　　　　　　　　　　　　Don Kick

Sworn to before me this
18th day of August, 2005
____/s/ Nanci A. Eisner_____
Nanci A. Eisner
Notary Public, State of New York
No. 01E15076999
Qualified in New York County
Commission Expires April 28, 2007

476836v1  008922.0101