USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07 dc

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re ENRON,                        :
                                    :
                         Debtor,    :    05 Civ. 2710 (BSJ)
------------------------------------X
PUBLIC UTILITY DISTRICT No. 1       :
OF SNOHOMISH COUNTY,                :
                                    :
                      Appellant,    :
                                    :
                v.                  :    SUSPENSE ORDER
                                    :
ENRON POWER MARKETING, INC.,        :
                                    :
                      Appellee.     :
------------------------------------X
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

The Court is in receipt of Plaintiff-Appellee Enron Power Marketing, Inc.'s letter, dated May 30, 2007, indicating to the Court that both Plaintiff-Appellee and Defendant-Apellant Public Utility District No. 1 of Snohomish County, request that the above-captioned Appeal remained stayed until the Second Circuit rules on the meaning and constitutionality of Section 1290 of the Energy Policy Act of 2005, a statute addressing the jurisdiction of the Federal Energy Regulatory Commission over certain disputes.  The Appeal shall remain stayed.  In addition, it is hereby

ORDERED, that this case be transferred to the Suspense Docket of this Court with leave to either party to apply on (5) days' notice for its restoration to the active calendar of this Court.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         August 14, 2007