UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
PUBLIC UTILITY DISTRICT NO. 1 OF     :
SNOHOMISH COUNTY,                    :
                                     :     05 cv 2710 (BSJ)
                        Appellant,   :
                                     :     ORDER
        -v-                          :
                                     :
ENRON POWER MARKETING INC.,          :
                                     :
                        Appellee.    :
------------------------------------ X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

   Pursuant to a settlement agreement between the parties, the above-captioned case is DISMISSED with prejudice. The Clerk of Court is directed to close this case.

SO ORDERED:

                                    _____
                                    BARBARA S. JONES
                                    UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         January 23, 2008